**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

**PATSY CREWS**                                                                                       **PLAINTIFF**

**v.**                                           **CASE NO. 3:04-CV-310 GTE**

**THE PRUDENTIAL INSURANCE**
**COMPANY OF AMERICA**                                                                    **DEFENDANT**

<u>**JUDGMENT**</u>

Pursuant to the Order filed in this matter granting summary judgment in favor of the

Defendant, it is Considered, Ordered, and Adjudged that the Complaint in this matter be, and it

hereby is, dismissed in its entirety. All pending motions in this matter are hereby moot.


Dated this 6th day of September, 2005.

_/s/Garnett Thomas Eisele_____
UNITED STATES DISTRICT JUDGE

- 1 -